**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

BLUEWATER INVESTMENTS, LLC                     Case No.09-74263-FJS
dba MID-ATLANTIC MARINE,                       Chapter 7

                    Debtor.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Heritage Crystal Clean, LLC<br>Gary M. Vanek, Attorney at Law<br>1250 Larkin Avenue, Suite 100<br>Elgin, IL  60123 | $0.01 |
| General Electric Capital Corp.<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA  52404 | $0.07 |
| Banco Popular North America<br>c/o Philip C. Baxa, Esq.<br>MercerTrigiani, LLP<br>16 South Second Street<br>Richmond, VA 23335 | $2.60 |
| WNNT-FM<br>P.O. Box 877<br>Warsaw, VA  22572 | $0.01 |
| WRAR-FN<br>P.O. Box 1023<br>Tappahannock, VA  22560 | $0.01 |

| | |
|---|---|
| American Express Bank FSB<br>c.o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | $0.06 |
| Spotts Fain PC<br>c/o Jennifer J. West, Esquire<br>411 E. Franklin Street, Suite 600<br>Richmond, VA  23219 | $0.01 |
| James M. Bain, III<br>c/o Jeffrey L. Marks, Esq.<br>Kaufman & Canoles, PC<br>2101 Parks Avenue, Suite 700<br>Virginia Beach, VA  23451 | $0.94 |
| GE Capital Finance<br>c.o SST<br>4315 Picket Road<br>St. Joseph, MO  64503-0999 | $0.02 |
| **TOTAL** | **$3.73** |

Dated: November 17, 2010            /s/ Charles L. Marcus
                                                            Charles L. Marcus, Trustee
                                                            VSB #7020
                                                            580 East Main Street, Suite 300
                                                            Chesapeake, VA  23320
                                                            (757) 622-9005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on November 17, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                                            /s/ Charles L. Marcus
                                                            Charles L. Marcus, Trustee